**Order entered June 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01199-CR

**MARK MCCAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-00694**

## ORDER

The Court has before it appellant's "second motion to supplement the reporter's record on appeal and to hold the brief schedule in abeyance." Previously, appellant requested the Dallas County District Clerk to file a record that included all motions, pleadings, exhibits and documents in this case. The Dallas County District Clerk filed a clerk's record on November 28, 2012, and a supplemental clerk's record on June 5, 2013. A reporter's record was filed on January 7, 2013, and a supplemental reporter's record was filed on May 5, 2013.

We **GRANT** appellant's May 30, 2013 second motion to supplement the reporter's record on appeal and to hold the brief schedule in abeyance as follows:

We **ORDER** the trial court to conduct a hearing to determine what documents were filed in the case; what documents, including exhibits, have already been included in the record on

appeal; what documents, including exhibits, are missing from the clerk's record; whether the record can be supplemented with the missing material; whether hearings on pre-trial motions held on December 17, 2007, January 11, 2008, February 15, 2008, May 16, 2012, and May 31, 2012 were transcribed, and if so, are the transcripts available; whether the transcript of the jury verdict on guilt/innocence is missing from the record; and whether all documents, exhibits, and transcripts of the pre-trial hearing held under cause numbers F06-00184, F07-00736, F10-00878, and F11-00694 are included in the record.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** from the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE